## SECOND DEPARTMENT, JUNE TERM, 1889.

William Beary, Appellant, v. John G. Hoster, Respondent. — Order reversed, with ten dollars costs and disbursements. Opinion by Dwight, J.

Joseph Irr, Respondent, v. Edward C. W. O'Brien, Appellant.—Judgment affirmed.

Robert Thompson, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant.—Judgment affirmed. Dwight, J., not sitting.

Alonzo Wynkoop and others, Administrators, etc., Respondents, v. Mary J. Osborne and others, Appellants.— Court declines to consider the appeal for the reasons stated in opinion of Dwight, J., in Palmyra v. Wynkoop, decided at the present term.

Charles Matthews, Respondent, v. John H. Post, Appellant.— Judgment affirmed on the opinion of the referee.

The Seventh Day Baptist Education Society, Appellant, v. Adelbert W. Truman, Administrator, Respondent. — Judgment affirmed.

In the Matter of the Settlement of Accounts of Jane A. May, Executrix, Appellant. — Order affirmed and application denied, with ten dollars costs and disbursements. Opinion *Per Curiam*, left with Macomber, J.

The People of the State of New York, Respondent, v. George F. Mink, Appellant. — Judgment and conviction affirmed and the case remitted to the Court of Sessions of Monroe county to proceed thereon. Opinion by Barker, P. J.

Sidney S. Cross, Trustee, Respondent, v. The National Fire Insurance Company in the City of New York, Appellant. — Order affirmed. Opinion by Macomber, J.; Dwight, J., dissenting.

Jeremiah Lamberson, Respondent, v. Donald McNaughton, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements.

Linas W. Thayer, Respondent, v. Donald McNaughton, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The Rome, Watertown and Ogdensburg Railroad Company, Appellant, v. The City of Rochester, Respondent. — Judgment and order affirmed, with costs.

Marie Collignor, Appellant, v. Lawrence Miller, Respondent. — Order of Special Term reversed, with ten dollars costs and disbursements, on the ground that the court had no power to make such order.

### Motions.

In the Matter of the Widening of Hand Street in the City of Rochester. — Reargument granted upon the question of the constitutionality of the provision of the charter of the city of Rochester relating to the modification of the award. Macomber, J., not sitting.

In the Matter of the Accounting of Job Sayre, as Executor, etc. — Motion for reargument granted.

Charles Blood, Respondent, v. Sarah S. Kane, Appellant. — Motion for reargument denied; leave to appeal to the Court of Appeals granted.

Patrick Langan, Appellant, v. Morris S. Jackson, Respondent. — Motion denied.

The People of the State of New York, Respondent, v. Olney Dean, Appellant.—Default opened and appeal restored.

In the Matter of the Probate of the Will of Thomas Keegan, Deceased. — *Ordered* (1), that William Keegan, John Keegan, and Thomas and Michael Keegan, sons of Michael Keegan, and devisees under the will, be brought in as parties to this appeal, by service of notice of appeal, as in the cases of citations issued out of the Surrogate's Court on presentation of a will for probate; (2), that, on the due appearance of such persons as parties to this appeal, they have leave to apply to this court for an order directing the resettlement of the case herein.

## SECOND DEPARTMENT, JUNE TERM, 1889.

**Decisions handed down at an adjourned term June 28, 1889.**

Elbert W. Hauxhurst, Respondent, v. Thomas J. Ritch, Jr., Sole Administrator, etc., Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Christian Kummel, Respondent, v. The Germania Savings Bank, Kings County, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Asa W. Parker, Respondent, v. Theresa B. Collins and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Ellen Hanson, Respondent,v. Walter M. Aikman, Appellant. — Judgment reversed and new trial granted, costs to abide event, unless plaintiff stipulate to reduce judgment to $500 damages. If such stipulation be given, then judgment for $500 and costs affirmed, without costs of appeal. Opinion by Pratt, J.

Frederick Miles, Respondent, v. The Dover Furnace Iron Company and another, Appellants. — Judgment affirmed, without costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John De Witt Walsh v. William C. Brown, Assignee, etc. — Motion denied. Opinion by Pratt, J.

In the Matter of the Accounting of Philip R. Underhill. — Order affirmed, with costs. Opinion by Barnard, P. J.

Charles S. Higgins and another, Appellants, v. James D. Bell, Commissioner, etc., Respondent. — Order refusing to continue injunction and vacating temporary injunction affirmed, with costs. Opinion by Pratt, J.

James C. Brevoort v. Elizabeth A. Brevoort. — Order affirmed, with costs.

Charles W. Cook v. The Lalance & Grosjean Manufacturing Company.—Judgment affirmed, with costs.

The People of the State of New York *ex rel.* Charles E. Storms, Appellant, v. John Besson, Supervisor, Respondent. — Judgment refusing *mandamus* affirmed, with fifty dollars costs. Opinion by Barnard, P. J.

Frederick Van Bermouth v. Stephen C. Sutton.— Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The New York Rubber Company, Appellant, v. John Rothery and another, Respondents. — Order affirmed, with costs and disbursements. Opinions by Pratt and Dykman, JJ.; Barnard, P. J., not sitting.

Isaac C. Simonson, Respondent, v. Anna Krollpfeiffer, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Robert Gedney, Appellant, v. Julia C. Prall, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Edward S. Riley, Appellant, v. Thomas H. Skidmore and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.